[No. 21468-1-III.   Division Three.   June 19, 2003.]

JUDY J. KIRCHHOFFER, *Appellant*, v. WENATCHEE SCHOOL
DISTRICT NO. 246, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 01-2-00412-8, Ted W. Small, J., entered September 17, 2002. *Affirmed* by unpublished opinion per
Schultheis, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 50903-9-I.   Division One.   June 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
WAYNE RANKIN, *Appellant*.

Appeal from judgments of the Superior Court for Snohomish County, No. 02-1-01356-7, James H. Allendoerfer
and Joseph A. Thibodeau, JJ., entered July 3 and 17, 2002.
*Affirmed* by unpublished per curiam opinion.

[No. 27372-1-II.   Division Two.   June 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES T. MADTSON,
*Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 00-1-00507-0, David R. Draper, J., entered May
16, 2001. *Affirmed* by unpublished opinion per Armstrong,
J., concurred in by Houghton and Bridgewater, JJ.

[No. 27963-1-II.   Division Two.   June 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ADRIAN
LOPEZ-GOMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 01-1-00750-2, James E. Warme, J., entered
October 3, 2001. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Hunt, C.J., and Morgan, J.